# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYCO FIRE PRODUCTS LP d/b/a TYCO FIRE SUPPRESSION & BUILDING PRODUCTS | : : : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : : | |
| THE RELIABLE AUTOMATIC SPRINKLER CO., INC. | : : | No. 10-3446 |
| Defendant | : | |

## ORDER

AND NOW, this 16 day of May 2011, upon due consideration of the parties' claim construction briefs, and the responses thereto, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that for United States Patent Number 6,446,732 (filed Sep. 10, 2002) the term "bent" is construed as "altered from an originally straight or even condition."

                                                BY THE COURT:

                                                s/Michael M. Baylson
                                                _____
                                                Michael M. Baylson, U.S.D.J.